# EXHIBIT 1

6539

AMERANT BANK, N.A., a
national banking association,

    Plaintiff,

vs.

JP MORGAN CHASE BANK,
N.A., a national banking
association,

    Defendant.
_____/

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:_____

## COMPLAINT

Plaintiff, Amerant Bank, N.A. ("Plaintiff" or "Amerant"), sues defendant, J.P. Morgan Chase Bank, N.A. ("Defendant" or "Chase"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.     This is an action for equitable relief and damages in excess of $50,000, exclusive of interest, costs and attorney's fees.

2.     Plaintiff, Amerant Bank, N.A., is a national banking association headquartered in Miami-Dade County, Florida that transacts business throughout Florida.

3.     Defendant, J.P. Morgan Chase Bank, N.A., is a national banking association headquartered in New York City that transacts business throughout Florida.

4.     Jurisdiction and venue are proper in Broward County, Florida because, as set forth in detail below, this case involves breach of warranty under the Uniform Commercial Code involving banking transactions originating from Broward County, Florida.

1

Law Offices of Robert P. Frankel, P.A.
Royal Palm Office Park, 1000 South Pine Island Road, Suite 410, Plantation, Florida 33324 • Tel: (305) 358-5690 • Fax: (305) 907-5901

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/13/2024 09:48:07 AM.****

## GENERAL ALLEGATIONS

5. One of Amerant's banking customers is a company known as Cusano's Italian Bakery, a family-owned bakery located in Broward County, Florida which has been in business since 1966.

6. On December 5, 2023, Cusano's Italian Bakery issued check no. 39360, drawn on its account at Amerant and paid to Bay State Milling in the amount of $193,611.18 (the "Check").

7. Before the Check was received by Bay State Milling, a fraudster intercepted the Check and altered the name of the payee from Bay State Milling to Elolam International LLC.

8. The Check was thereafter deposited at Chase, which accepted the Check as the depository bank and processed the Check for payment to Amerant which, in turn, paid the instrument in the amount of $193,611.18.

9. On or around January, 11, 2024, Amerant's customer, Cusano's Italian Bakery, notified Amerant of the fraud on its account and provided the Plaintiff with an affidavit explaining that the Check was stolen and payee's name altered from Bay State Milling to Elolam International LLC.

10. Plaintiff conducted an internal investigation into the fraud committed on its customer's account.

11. As part of Plaintiff's investigation and due diligence, it notified the Defendant of the fraud, and presented Chase with a warranty claim under the Uniform Commercial Code ("UCC") on or around January 19, 2024.

12. Plaintiff timely notified and requested Defendant honor its UCC Section 4-208 (Florida 674.2081) warranty obligations and cover the loss suffered by Plaintiff. The first was

2

on or about February 5, 2024 and a second time on or about Aprill 11, 2024 via a courtesy request through the Law Offices of Robert P. Frankel, P.A.; however, the Defendant has failed to cover or warrant the loss caused by the fraud in altering the name of the payee on the Check and issuing payment to some fraudster that was <u>not</u> the intended recipient of the funds drawn on the bank account of Plaintiff's customer.

13. Plaintiff has retained the undersigned counsel to represent them in this action and are obligated to pay their attorneys a reasonable fee for services rendered.

14. All conditions precedent to this action have been performed, satisfied, or have been waived by virtue of the Defendant's conduct.

## COUNT I
### (Violation of UCC Warranty)

15. Plaintiff re-alleges and incorporates the allegations of paragraphs 1 through 14 above as though fully set forth herein, and further alleges:

16. The state of Florida has adopted the Uniform Commercial Code pursuant to Florida Statute sections 671.101 through 680.532 (the "UCC").

17. As the depository bank of the Check, Defendant provided a warranty to Plaintiff and is liable pursuant to Florida Statute section 674.2081 and other sections of the UCC to warrant that the Check was free of alteration.

18. Defendant has refused to honor its warranty obligations under the UCC and has breached Florida Statute section 674.2081 with respect to the Check.

19. As a result of Defendant's breach and violation of the UCC, Plaintiff has been damaged in the amount of $193,611.18.

20.     Pursuant to Florida Statute section 674.2081(2) and other sections of the UCC, Plaintiff is entitled to the recovery of interest, attorney's fees, and costs resulting from Defendant's breach.

WHEREFORE, Plaintiff, Amerant, demands judgment against Defendant, Chase, for damages in the amount of $193,611.18 plus prejudgment interest, costs and attorneys' fees pursuant to Fla. Stat. § 674.2081(2), and for such other relief that the Court deems just and appropriate under the circumstances.

Dated: May 13, 2024

>                    **Law Offices of Robert P. Frankel, P.A.**
>                    Attorneys for Plaintiff
>                    1000 South Pine Island Road; Suite 410
>                    Plantation, FL 33324
>                    Robert@frankelpa.com
>                    Ralph@moralegal.com
>                    (305) 358-5690; (305) 907-5901 FAX
>
>    By____*/s/ Robert P. Frankel*_____
>                    ROBERT P. FRANKEL
>                    Florida Bar No. 304786
>                    RALPH MORA
>                    Florida Bar No. 70039

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

4