UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 24-cv-61078-ROSENBERG

AMERANT BANK, N.A.,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.

_____/

## JOINT SCHEDULING REPORT

The Parties, by and through their undersigned counsel, pursuant to Local Rule 16.1(b) and this Court's Order [ECF No. 7], hereby submit this Joint Scheduling Report, and state as follows:

**(A) The Likelihood of Settlement**

Settlement discussions remain ongoing and the parties will attempt in good faith to resolve this matter and will notify the Court promptly if they do so.

**(B) The Likelihood of Appearance in the Action of Additional Parties**

At this time, the Parties anticipate additional parties may be added as necessary, indispensable parties or as cross-claim defendants. Discovery may disclose the existence of additional parties appropriate to join at a later date.

**(C) Proposed Limits on the time:**

(i)      To join other parties and to amend the pleadings: **September 27, 2024.**
(ii)     To file and hear motions: **June 17, 2025.**
(iii)    To complete discovery: **April 30, 2025.**

**(D) Proposals for the Formulation and Simplification of the Issues**

At this time, the Parties do not have any specific proposals for the formulation and simplification of any issues. However, as the case progresses, the Parties will confer in good faith to discuss proposals for the formulation and simplification of issues in this case.

**(E) The Necessity or Desirability of Amendment to the Pleadings**

Aside from the addition of parties or additional defenses or as necessary based on information learned through discovery, the Parties do not presently anticipate amending the pleadings.

**(F) The Possibility of Admissions of Fact, Stipulations, and Rulings on Admissibility**

The Parties agree to make a good faith effort to avoid unnecessary proof, to agree to stipulations when appropriate, and attempt to resolve issues on the admissibility of evidence in advance.

**(G) Suggestions for the Avoidance of Unnecessary proof and Cumulative Evidence**

The Parties have no additional suggestions beyond those set forth in the preceding paragraph F. The parties do not believe that there will be problems of unnecessary proof or cumulative evidence at trial.

**(H) Referring Matter to a Magistrate Judge**

The Parties consent that discovery disputes be referred to the Magistrate Judge. The Parties do not consent to trial or to the disposition of dispositive pretrial motions by the Magistrate Judge at this time.

**(I) Preliminary estimate of the Time Required for Trial**

The Parties currently estimate two (2) to four (4) days are required for trial.

**(J) Requested Dates for Conferences before Trial, a Final Pretrial Conference, and Trial**

The Parties request that trial be scheduled to commence on or about **September 1, 2025**. Please refer to the attached Proposed Scheduling Order for additional proposed dates relating to discovery, pretrial conferences, and trial.

**(K) Any issues about:**
- **(i)** **disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;**
- **(ii)** **claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and**
- **(iii)** **when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**

Because the parties expect that some information and materials exchanged in discovery will contain proprietary and confidential information, the parties agree to draft and enter a stipulation for the protection of confidential information. A court order may be required before production of certain bank records due to federal law. Further, subject to modification by the parties, all claims of privilege or protection as trial materials, and the production of any information subject to such claims, will be governed by Federal Rule of Civil Procedure 26(b).

**(L) Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

Dated: July 3, 2024

**Law Offices of Robert P. Frankel, P.A.**
**Attorneys for Plaintiff**
1000 S. Pine Island Road, Suite 410
Plantation, Florida 33324
(305) 358-5690; (305) 907-5901 (FAX)
Robert@frankelpa.com

By /s/ *Ralph Mora*
ROBERT P. FRANKEL
Florida Bar No. 304786
RALPH MORA
Florida Bar No. 70039



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By: */s/ Antonio M. Hernandez, Jr.*
José A. Ortiz, Esq.
Email: jortiz@homerbonner.com
Florida Bar No. 182321
Antonio M. Hernandez, Jr., Esq.
Email: ahernandez@homerbonner.com
Florida Bar No.: 117756

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*